**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x

JONATHAN MOTA, on behalf of himself and all
others similarly situated,

                Plaintiff,

-against-

INTER CONNECTION ELECTRIC, INC.

                Defendant.
------------------------------------ X

ORDER

20 Civ. 7530 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 04, 2021

GEORGE B. DANIELS, District Judge:

The February 4, 2021 initial conference is adjourned to April 8, 2021 at 9:30 a.m. Defendant's opposition to Plaintiff's Motion for Conditional Class Certification, (ECF No. 20, is due by March 12, 2021.

Dated: January 4, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE