UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

JONATHAN MOTA, on behalf of himself and all
others similarly situated,

                    Plaintiff,

    -against-

INTER CONNECTION ELECTRIC, INC.

                    Defendant.
------------------------------------ X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED: MAR 2 4 2021**

ORDER

20 Civ. 7530 (GBD)

GEORGE B. DANIELS, District Judge:

The April 8, 2021 initial conference is adjourned to June 10, 2021 at 9:30 a.m.

Dated: March 24, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE