**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                      :
JONATHAN MOTA, on behalf of himself and all       :
others similarly situated,                                       :
                                                                      :
                                     Plaintiff,                   :
           -against-                                            :                    ORDER
                                                                      :
INTER CONNECTION ELECTRIC, INC.                 :              20 Civ. 7530 (GBD)
                                                                      :
                                     Defendant.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GEORGE B. DANIELS, District Judge:

The June 10, 2021 initial conference is adjourned to June 22, 2021 at 9:30 a.m. The parties

shall provide a status letter to the Court no later than June 15, 2021.


Dated: June 1, 2021
            New York, New York

                                                        SO ORDERED.

                                                        _George B. Daniels_
                                                        GEORGE B. DANIELS
                                                        UNITED STATES DISTRICT JUDGE