UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

JONATHAN MOTA, on behalf of himself and all others similarly situated,

                       Plaintiff,

-against-

INTER CONNECTION ELECTRIC, INC.

                      Defendant.

------------------------------------ X

ORDER

20 Civ. 7530 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference is adjourned from June 22, 2021 to August 11, 2021 at 9:30 a.m.

Dated: June 21, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE