UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

JONATHAN MOTA, *on behalf of himself and others similarly situated,*

                              Plaintiff,

      -against-

INTER CONNECTION ELECTRIC, INC.

                              Defendant.

-----------------------------------------------------------X

**JUDGMENT**

Case No. 20-cv-07530 (GBD)

      A Notice of Acceptance of a Rule 68 Offer of Judgment having been filed on August 23, 2021, and Defendant INTER CONNECTION ELECTRIC, INC. ("Defendant") having offered Plaintiff JONATHAN MOTA and FLSA Opt-in's OSCAR CONTRERAS, ANYER GERVACIO, VICTOR JOSEPH, KHEMCHAND KARAMCHAND, ROBERT ADRIAN MARTY, FERRON FACEY, STEVEN LORA, JAKUB KARWEL, NAVEEN RAMJASS ("Plaintiffs") an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, in the amount of One Hundred Fifty-Seven Thousand Six Hundred Eighty-Seven Dollars and Zero Cents ($157,687), and an order of the Honorable George B, and an order of the Honorable George B. Daniels, United States District Judge having been filed on August ___, 2021, directing the Clerk of Court to enter judgment in favor of Plaintiffs against Defendant in the amount of One Hundred Fifty-Seven Thousand Six Hundred Eighty-Seven Dollars and Zero Cents ($157,687), it is

      ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiffs and against Defendant in the amount of One Hundred Fifty-Seven Thousand Six Hundred Eighty-Seven Dollars and Zero Cents ($157,687).

Dated: New York, New York
       August ___, 2021

                                                                       By: _____
                                                                          Clerk of Court